Barbara Tangwall
11925 Flyway Court
PO Box 140118
Salcha, AK 99714


RECEIVED
APR 15 2019
Clerk, U.S. District Court
Fairbanks, AK

UNITED STATE DISTRICT COURT
DISTRICT OF ALASKA

Barbara Tangwall,

    Plaintiff,

v.

George E. Buscher, Individually, jointly
And severally; Lois L. Buscher, individually
Jointly and severally; and unknown others,
Individually, jointly and severally,

    Defendants.

Case No: 4:19-cv-00011-MMS

## COMPLAINT

NOW COMES Barbara Tangwall and shows her complaint as follows:

### I
### JURISDICTION

1. Deprivation of civil rights under color of law pursuant to 42 USC 1983.

### II
### VENUE

2. Venue is proper with this court in that all transactions occurred in Salcha, Alaska.

## III
## CONTROVERSY

3. Mounting controversy exceeds $250,000.00.

## IV
## PARTIES

4. Plaintiff Barbara Tangwall (hereinafter Barbara) is a United States citizen whose residence is at 11925 Flyway Court. See attached Exhibit A.

5. Defendant George E. Buscher (hereinafter George) is an individual whose mailing address is PO Box 83696, Fairbanks, Alaska 99708.

6. Defendant Lois L. Buscher (hereinafter Lois) is an individual whose mailing Address is PO Box 83696, Fairbanks, Alaska 99708.

## V
## BACKGROUND

7. Since 2011 Barbara's residence, uninterrupted, has been at Flyway Court.

8. On 4/2/2019, the Defendants' recorded a disputed non-judicial foreclosure Trustees' deed.

9. On 4/3/2019, at approximately 5:00 p.m., Plaintiff's husband arrived home at the Flyway Court property to find the locked barrier to the private road removed. He continued up the private road and arrived at the driveway to find a locked chain barrier across the driveway; he parked and walked the remaining 1/8 mile to the residence where he encountered a pickup truck. Upon entering the residence he found two men removing my personal property. See attached Exhibit B. He confronted the men and told them to leave the property. They responded that they had purchased the real property and its personal contents from George and Lois, after which my husband asked them for papers that would give them authority to take

over this property. No papers were produced and the State Troopers were called. Sgt. Mobley said he couldn't determine who was the rightful owner and that all should secure the property and leave.

10. The locked chain barrier across the driveway remains to date. I am unable to gain access to my residence.

## COUNT I

## DEPRIVATION OF CIVIL RIGHTS TO PEACEFUL ENJOYMENT OF RESIDENCE UNDER COLOR OF LAW

11. All previous paragraphs are incorporated by reference herein.

12. George and Lois obtained a trustees' deed after a disputed non-judicial foreclosure held at 10:00 a.m. on 4/2/2019, at the Fairbanks' court building. The judicial foreclosure is under review in the U.S. District Court, District of Alaska, case number 4:19-cv-00009. I have not voluntarily abandoned my residence and I have not received any eviction notice.

## RELIEF

13. Judgment removing the locked chain barrier across the driveway to my residence.

14. Judgment in the amount exceeding $250,000.00, amount certain to be determined after inspection of my residence and personal property.

15. Cost.

16. Interest.

17. Any other relief this Court deems just.

*Barbara Tangwall*
Barbara Tangwall